UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

WILFRED GONZALEZ,

        Plaintiff,

  v.                              Case No.  22-CV-184

TRACY HALL,

        Defendant.

---

## COURT MINUTES OF CONTINUED TELEPHONE SCHEDULING CONFERENCE REGARDING MEDIATION PROCEEDINGS

---

### HONORABLE WILLIAM E. DUFFIN PRESIDING

| | |
|---|---|
| DATE: **May 25, 2023 at 9:00 a.m.** | DEPUTY CLERK: Linda M. Zik |
| TIME COMMENCED: 8:59 a.m. | TIME CONCLUDED: 9:07 a.m. |

Zoom audio

APPEARANCES:

    PLAINTIFF PRO SE:    **Wilfred Gonzalez** – Redgranite Correctional Inst.

    DEFENDANT:    **Kevin L. Grzebielski**

**COMMENTS:**

COURT recaps call from April 11, 2023

GRZEBIELSKI
- Plaintiff did sign the medical records form, however, Grzebielski did not forward the form on to obtain the records
- Matter can still be scheduled for mediation

GONZALEZ
- DOJ can contact DOC to discuss a transfer to another institution
    - Court instructs Grzebielski to contact the DOC for a recommendation from the DOJ to help facilitate a transfer
    - Grzebielski notes it cannot be included in a settlement, but he will contact the DOC

**Settlement Conference set for June 22, 2023 at 9:00 A.M. via Zoom Video Conference**

Zoom connection information will be emailed to counsel for the defendant shortly before the conference

The court will make arrangements with Redgranite Correctional Institution for plaintiff's participation