# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**WILFRED GONZALEZ,**

    Plaintiff,

v.                                                                               **Case No. 22-CV-184**

**TRACY HALL,**

    Defendant.

## ORDER

On June 29, 2023, the court agreed to recruit plaintiff Wilfred Gonzalez an attorney. (ECF No. 21). To assist the court in identifying a volunteer attorney, the court will refer this case to the Eastern District of Wisconsin Bar Association (EDWBA) to identify a volunteer attorney within 60 days of this referral. The court thanks the EDWBA for its efforts. The EDWBA will be unable to effectively assist the court in the recruitment process if their efforts to identify a volunteer attorney are subject to future discovery.

**THEREFORE, IT IS ORDERED** that, having found good cause under Federal Rule of Civil Procedure 26(c) and Civil Local Rule 26(e), all mental impressions, conclusions, opinions, or legal theories generated by the EDWBA while working to identify a volunteer attorney for this case are confidential attorney work-product and are not subject to discovery in this case or in any other case involving Gonzalez. Further, to encourage full and frank discussion, all communications during

the recruitment process, oral and written, are strictly confidential. These protections apply regardless of whether the EDWBA's efforts to identify a volunteer attorney are successful.

**IT IS FURTHER ORDERED** that, within 60 days of the referral to the EDWBA, the EDWBA shall identify a volunteer attorney to represent Gonzalez in this action or provide a confidential update regarding why a volunteer attorney could not be identified. The identification and/or update may be provided by email to chambers. The court will inform the parties of the outcome of the EDWBA's recruitment efforts.

Dated in Milwaukee, Wisconsin this 21st day of September, 2023.

STEPHEN DRIES
United States Magistrate Judge